688 A.2d 582

IN THE MATTER OF DAVID R. HAMILTON,
AN ATTORNEY AT LAW.

February 14, 1997.

. ORDER

The Disciplinary Review Board on December 10, 1996, having filed with the Court its decision concluding that **DAVID R.**

**HAMILTON** of **TRENTON,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.3 (lack of diligence); *RPC* 1.4 (failure to keep a client reasonably informed about the status of a matter); and *RPC* 8.1(b) (failure to respond to a lawful demand for information from a disciplinary authority), and good cause appearing;

It is ORDERED that **DAVID R. HAMILTON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.